# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barksdale, Patricia D. | United States District Court, Middle District of Florida | 07/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Bryan Simpson United States Courthouse
300 North Hogan Street, Suite 5-311
Jacksonville, Florida 32202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member; President of the Board | The Sanctuary on 8th Street (non-profit entity) |
| 2. | Board Member; President-Elect of the Board | Chester Bedell American Inn of Court (non-profit entity) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Bedell, Dittmar, DeVault, Pillans & Coxe, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 06/25/2015 to 06/26/2015 | Boca Raton, Florida | Participation in Federal Judicial Roundtable (CLE) | Lodging, transportation, and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Merrill Lynch Wealth Management | Credit Card | J |
| 2. | Merrill Lynch Credit & Lending | Line of Credit | L |
| 3. | Episcopal School of Jacksonville | Tuition Agreement | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. - Bank of America, NA RASP | A | Interest | K | T | | | | | |
| 3. -American Amcap Fund | A | Dividend | J | T | | | | | |
| 4. -American Washington Mutual Invest. | A | Dividend | J | T | | | | | |
| 5. -American Growth Fund of America | C | Dividend | K | T | | | | | |
| 6. -American Capital Wld Frw & Inc | A | Dividend | K | T | | | | | |
| 7. -Blackrock High Yield Muncipal Fund C | A | Dividend | J | T | | | | | |
| 8. -Blackrock Equity Dividend Fund C | D | Dividend | L | T | | | | | |
| 9. -Blackrock Global Allocation Fund Inc. A | A | Dividend | | | Sold | 03/05/15 | L | D | |
| 10. -Blackrock Equity Dividend Fund A | C | Dividend | K | T | | | | | |
| 11. -Delaware Value Fund C | A | Dividend | K | T | Buy | 03/05/15 | K | | |
| 12. -JP Morgan Large Cap Growth Fund C | C | Dividend | L | T | | | | | |
| 13. -Loomis Sayles Growth Fund C | | None | K | T | Buy | 03/05/15 | K | | |
| 14. -Putnam Capital Spectrum CL C | A | Dividend | J | T | | | | | |
| 15. Brokerage Account 2 | | | | | | | | | |
| 16. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 17. -Emerging Global Shares | A | Dividend | J | T | Buy | 03/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Emerging Global Shares | | None | | | Sold | 10/15/15 | J | | |
| 19. -Ishares MSCI EAFE | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 20. -Ishares IBOXX $ Invt Grade Corp Bd | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 21. -Ishares TIPS Bond ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 22. -Ishares 3-7 Year Treasury Bond ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 23. -Ishares MBS ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 24. -Ishares INC Core MSCI Emerging Mkt. | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 25. -Market Vectors J.P. | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 26. -Powershares Global Exch. Traded FD TR | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 27. -Powershares Prefered Portfolio | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 28. -SPDR Barclays High Yield Bond ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 29. -Vanguard Small Cap Value ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 30. -Vanguard Small Cap Growth ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 31. -Vanguard Value ETF | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 32. -Vanguard Growth ETF | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 33. -Vanguard Intermediate Term Bond ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 34. -Vanguard Short Term Bond | A | Dividend | J | T | Buy | 03/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brokerage Account #3 | | None | | | | | | | |
| 36. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 37. -Artisan International Fund ADV CL | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 38. -Eaton Vance Atlanta Capital SMID CAP | | None | J | T | Buy | 03/09/15 | J | | |
| 39. -Ishares Core S&P 500 ETF | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 40. -John Handcock Disciplined Value Mid CAP CL C | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 41. -Loomis Sayles Bond FD | A | Dividend | J | T | Buy | 03/09/15 | K | | |
| 42. -Metropolitan West Total Return Bond FD FL I | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 43. The Oakmark Int'l Fund | A | Dividend | K | T | Sold (part) | 03/09/15 | K | | |
| 44. -Western Asset Core Bond FD CL I | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 45. -Loomis Large Cap Growth FD | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 46. -Delaware Capital Large Cap Value Fund | A | Dividend | K | T | Buy | 03/09/15 | K | | |
| 47. -Neuberger Berman High Income Bd. Fund | | None | | | Sold | 03/09/15 | J | | |
| 48. -TCW Total Return Bond Fund CL | | None | | | Sold | 03/09/15 | J | A | |
| 49. -John Hancock Classic Value Fund CL C | | None | | | Sold | 03/09/15 | K | D | |
| 50. -Clearbridge Small Cap Growth Fund CL | | None | | | Sold | 03/09/15 | J | A | |
| 51. -MFS Total Return Bond Fund CL I | | None | | | Sold | 03/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Oppenheimer Rising Dividends Fund CL | | None | | | Sold | 03/09/15 | K | A | |
| 53. -Mainstay Large Cap Growth Fund CL 1 | | None | | | Sold | 03/09/15 | K | C | |
| 54. -Victory Small Company Opp. Fund CL | | None | | | Sold | 03/09/15 | J | | |
| 55. -PIMCO Total Return Fund CL P | | None | | | Sold | 03/09/15 | J | A | |
| 56. -Lazard Emerging Mkts Equity | | None | | | Sold | 03/09/15 | J | | |
| 57. -Dreyfus Appreciation Fund | | None | | | Sold | 03/09/15 | J | B | |
| 58. -Blackrock Equity Dividend Fund Instl. | | None | | | Sold | 03/09/15 | K | C | |
| 59. -MFS Research Bond Fund CL | | None | | | Sold | 03/09/15 | K | A | |
| 60. College 529 Plan #1 | | | | | | | | | |
| 61. -Blackrock Age 11 to 13 YRS C | | None | K | T | | | | | |
| 62. -MFS Age 11 to 13 YRS C | | None | K | T | | | | | |
| 63. -Allianzgi Age-Based 12-13 YR C | | None | | | Sold | 03/09/15 | K | B | |
| 64. College 529 Plan #2 | | | | | | | | | |
| 65. -Blackrock Age 14 to 16 YRS A | | None | J | T | | | | | |
| 66. -Blackrock Age 14 to 16 YRS C | | None | K | T | | | | | |
| 67. -MFS Age 14 to 15 YRS C | | None | K | T | | | | | |
| 68. Merrill Lynch Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.　TD Bank HSA | A | Interest | J | T | | | | | |
| 70.　MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, De | A | Dividend | N | T | | | | | |
| 71.　Florida Prepaid College Plan | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part VII, I have reordered the names of investments from previous years to organize them by account for ease of reporting this year and in future years. For the same reason, I have also eliminated unnecessary descriptors from fund names.

Part VII, Lines 2, 16, and 34 are labeled, "Bank of America, NA RASP" under Brokerage Accounts 1, 2, and 3, and Line 66 is labeled, "Merrill Lynch Account." In last year's FDR, all of these, as cash accounts, were under one line labeled, "Merrill Lynch Account." I have seperated these into accounts for ease of reporting this year and in future years.

Part VII, Line 70, is the "MVP Plan Administrators 50/50 Moderate Portfollio (Bedell, Dittmar, DeVault, Pillans & Coxe PA EEs 401k PSP&T." It was listed on last year's FDR as, "401k/Profit Sharing & Trust for the Employees of Bedell, Dittmar et al." Under this plan, a participant may select low risk, medium risk, or high risk portfolios. Or, the participant may select one of three specific mutual funds. Or, the participant may select a combination (risk-based and mutual fund). We have selected the medium-risk portfolio.

The July 6, 2016, letter of inquiry states, "In Part VII, line 47, you listed 'Neuberger Berman High Income Bd. Fund,' which was not in your prior (2015 Nomination) report." Please note this asset is in the 2015 Nomination report at Part VII, line 47. It was sold at a loss on March 9, 2015.

The July 6, 2016, letter of inquiry states, "In Part VII, line 40, in your prior (2015 Nomination) report you listed 'JP Morgan Core Bond Fd,' but you did not list this asset in your current (2015 report." Please note this asset was bought on January 22, 2016. It had to be listed in the 2015 Nomination report but not in this report because of the different time period at issue.

| Name of Person Reporting | Date of Report |
|---|---|
| Barksdale, Patricia D. | 07/07/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia D. Barksdale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544